PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Elliot Martinez                              Cr.: 03-609-03
                                                               PACTS #: 36968

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise
                                     Senior U.S. District Court Judge

Date of Original Sentence: 3/22/05

Original Offense: Conspiracy to Distribute Narcotics (Cocaine), in violation of Title 21: U.S.C. § 846.

Original Sentence: 24 months custody, followed by 5 years supervised release with special conditions for drug testing/treatment and DNA collection and to pay a $100 special assessment.

Type of Supervision: Supervised Release          Date Supervision Commenced: 6/21/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On July 14, 2008, the offender submitted a urine sample which tested positive for marijuana, utilizing an instant 5 panel drug test. The offender readily admitted that he had smoked marijuana at a party earlier in the week. |

U.S. Probation Officer Action:
The offender was verbally reprimanded for his drug use and placed on a biweekly reporting schedule, and random drug testing is being intensified. We will continue to monitor the offender for emergent need for treatment and notify the Court of any further issues of non-compliance. We are requesting no Court intervention at this time.

Respectfully submitted,
By: Steven Alfrey
    U.S. Probation Officer
Date: 7/31/08

PROB 12A - Page 2
Elliot Martinez

***A response is necessary so that any action can be taken as the court directs:***

[X] No further action at this time
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

August 11, 2008
Date