UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Hon. Dickinson R. Debevoise

v.                              :        Crim. No. 03-00609

ELLIOT MARTINEZ                 :        O R D E R

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Elliot Martinez (John Bruno, attorney for defendant, appearing) to comply with certain conditions of supervised release imposed on March 22, 2005; and the defendant having waived the preliminary hearing and having entered a guilty plea on September 7, 2011 to having violated a condition of his supervised release as set forth in Violation No. 1 of the Petition for Warrant for Offender under Supervision dated November 1, 2010, which required that he not commit another federal, state, or local crime and for good cause shown;

IT IS on this 12th day of September, 2011,

ORDERED that the defendant is adjudged guilty of having violated a condition of his supervised release as set forth in Violation No. 1 of the Petition dated November 1, 2010, which required that he not commit another federal, state, or local crime;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that Violation numbers 2, 3 and 4 of the violation petition are dismissed;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of five (5) months for his violation of a condition of supervised release as set forth in Violation No. 1 of the Petition dated November 1, 2011;

IT IS FURTHER ORDERED that the defendant shall serve a four (4) year term of supervised release upon the completion of the term of imprisonment herein ordered; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE Dickinson R. Debevoise
United States District Court Judge